1040

[No. 52571-9-I. Division One. December 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY PAUL AMIOTTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06450-3, Harry J. McCarthy, J., entered May 23, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52746-1-I. Division One. December 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY THOMAS ELZY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08752-0, Palmer Robinson, J., entered July 9, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52873-4-I. Division One. December 20, 2004.]

TODD L. SHAW, ET AL., *Appellants*, v. CHRISTOPHER V. MERRITT, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 02-2-05420-0, Helen Halpert, J., entered June 17 and July 24, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 52919-6-I. Division One. December 20, 2004.]

IBRAHIM FARAJ, ET AL., *Respondents*, v. BERHANU CHULISIE, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 02-2-13193-0, Laura Gene Middaugh, J., entered July 8 and 15, August 7, and September 17, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ. Now published at 125 Wn. App. 536.